```
_____ FILED _____ LODGED
_____ RECEIVED
FEB 1 1 2015
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY
```

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

_Jeffrey Hardie_
(Name of Plaintiff)

vs.

_Superintendent_
_Nisqually Corrections_

(Names of Defendant(s))

3:15-cv-5088 BHS/KLS

**CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER 42
U.S.C. § 1983**

## I. Previous Lawsuits:

A. Have you brought any other lawsuits in any federal court in the United States while a prisoner?:

☐ Yes   ☑ No

B. If your answer to A is yes, how many?:_____. Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff:_____

Defendants:_____

_____

2

2. Court (give name of District): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?):
_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

## II. Place of Present Confinement: _____

A. Is there a prisoner grievance procedure available at this institution?   ☐ Yes   ☑ No

B. Have you filed any grievances concerning the *facts* relating to this complaint?
☐ Yes   ☑ No

If your answer is NO, explain why not:
no Grievance was Supplyed upon Request

C. Is the grievance process completed?   ☑ Yes   ☐ No

**If your answer is YES, ATTACH A COPY OF THE <u>FINAL</u> GRIEVANCE RESOLUTION for any grievance concerning facts relating to this case.**

## III. Parties to this Complaint

A. Name of Plaintiff: Jeffrey Hardie   Inmate No.: 2014345017

Address: 5900 Sound View DR # 202 GigHarbor WA 98335

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

B. Defendant: Supientane   Official Position: Superintendent
Place of employment: Nisqually Corrections Nisqually WA

3

C. Additional defendants  Dr Shue, John and Jane Doe
Correction Officers Nasqually Corr.

## IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places, and other persons involved. Do not give any legal arguments or cite any cases or statutes. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

I Was Booked into Nisqually Corrections on app. Oct 5 2015 upon Booking there was no Booking nurse To Access medical needs And verify and order Appropate medications for Sizure disorder, Pain Anxity and Depression medications. I was Seen By Dr Shue medical Dr Nisqually Corr. on 10-6-12 was examind. I gave information of medications and Dr Adam Lewinske harborview also out patient outpatient Pharmicy Also Dr Jeffrey Hooper Gig Harbor Omunity Care. Also Olympic Parmacy Gig Harbor WA. He failed To contact either upon my signing Releases of information. I was then Seen Oct. 11 By Jane Doe PA who cumfermed medications and ordered only a small portion of Sizure medacation my Pain and mental Health medacations It took 2 more Days To Recieve any meds. I Suffed Pain are Suffering Several Sizures and my mental Health was Greatly impaired. I Suffered Several Sizures During The Period of time including a Gran maul and Paramedics Had To Be Dispatched To Access after the incident. I was placed in addmisstration opersavation with out Running Water was denied medical care clothes, mattres or Bedding. There was also Human Feeces on The walls

**V. Relief**

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Compenstion for mental anguish - also pain and suffering and Being confined in A unsanatary enviorment in A undisclosd Amount

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 5th day of Febuary 20 15.

Jeffrey Hardie
(Signature of Plaintiff)

5