UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFREY L. HARDIE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DR. SHUE, NISQUALLY CORRECTIONS SUPERINTENDENT, JOHN DOE CORRECTIONS OFFICER,<br><br>　　　　　Defendants. | CASE NO. C15-5088 BHS-KLS<br><br>ORDER GRANTING NISQUALLY INDIAN TRIBE'S MOTION TO INTERVENE |

Plaintiff, a prisoner detained in the Pierce County Jail, Tacoma, Washington, and proceeding *pro se*, initiated this cause of action by filing a Civil Rights Complaint Form and a motion to proceed in this action *in forma pauperis*. The Nisqually Indian Tribe (herein "Tribe") filed a timely Motion to Intervene. Being fully advised, the Court **GRANTS** the Tribe's Motion to Intervene as a Defendant.

The Tribe, as the party seeking to intervene, bears the burden of showing that it has met all the requirements for intervention. *United States v. Allisal Water Corp.*, 370 F.3d 915, 918 (9th Cir. 2004). In this case, the Tribe seeks Intervention of Right pursuant to Fed. R. Civ. P. 24 (a)(2), which the Court must grant if it finds that the Tribe "has an interest relating

Order Granting Motion to Intervene - 1

to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest."

The Court finds that the Tribe's Motion to Intervene is timely and that the Tribe, as employer of the named Defendants, has a property interest that would be affected by any monetary award to the Plaintiff. Absent intervention, disposition of this action would as a practical matter impair or impede the Tribe's ability to protect both its property interest, as well as its sovereign immunity from suit. Finally, there is no evidence that the named Defendants have the means or ability to adequately represent the Tribe's interests.

Based on the foregoing, the Court **GRANTS** the Tribe's Motion to Intervene as a Defendant in this matter.

**DATED** this 1st day of July, 2015.

Karen L. Strombom
United States Magistrate Judge

Order Granting Motion to Intervene - 2