1
2
3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

4   JEFFREY L. HARDIE,

5                  Plaintiff,

6   v.

7   NISQUALLY CORRECTIONS
    SUPERINTENDENT, et al.,

8                  Defendants.

CASE NO. C15-5088 BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

9

10       This matter comes before the Court on the Report and Recommendation ("R&R")

11   of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 22. The

12   Court having considered the R&R and the remaining record, and no objections having

13   been filed, does hereby find and order as follows:

14       (1)   The R&R is **ADOPTED**;

15       (2)   Defendants' motion to dismiss (Dkt. 18) is GRANTED; and Plaintiff's

16   claims against Defendants are **dismissed without prejudice for failure to exhaust**.

17       Dated this 25th day August, 2015.

18
19
20

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

21
22

ORDER